AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

U.S.
v.
Jesus Nater

**APPEARANCE**

Case Number: 1:08-MJ-60M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jesus Nater

I certify that I am admitted to practice in this court.

6-10-08
Date

Signature

Edward C. Roy Jr.
Print Name | Bar Number

10 Weybosset Street, Suite 300
Address

Providence | RI | 02903
City | State | Zip Code

(401) 528-4281 | (401) 528-4285
Phone Number | Fax Number