1474910

RECEIVED
U.S. MARSHALS SERVICE

AO 442 (Rev. 5/93) Warrant for Arrest

APR 0 9 2008

# United States District Court

District of Rhode Island

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JESUS NATER a/k/a Jose Vasquez and
Jose Oliveras

## WARRANT FOR ARREST

CASE NUMBER: 1:08MJ60M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JESUS NATER a/k/a Jose Vasquez and Jose Oliveras
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
manufacturing, uttering, and dealing in counterfeit United States currency

in violation of Title 18 United States Code, Section(s) § §471, 472 and 473

| | |
|---|---|
| DAVID L. MARTIN<br>Name of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer |
| David L Martin<br>Signature of Issuing Officer | April 9, 2008 Providence, RI<br>Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, returned to ACI | | |
| DATE RECEIVED 04/09/08<br>DATE OF ARREST 06/10/08 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |

This form was electronically produced by Elite Federal Forms, Inc.